| | |
|---|---|
| **PAKUJA CRYSTAL VANG,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**VALDESE WEAVER,** )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte.*

On October 25, 2022, the Plaintiff filed the present civil action against Valdese Weaver, her former employer; Melissa Mitchell, a safety manager; Scott Coe, a plant manager; Brittany Herman, a human resources officer; and Nancy Yang, a plant coordinator, purportedly asserting claims pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seq. ("ADA"). [Doc. 1].

On October 28, 2022, the Court entered an Order dismissing the Plaintiff's claims against the individual Defendants with prejudice; dismissing her claims against Defendant Valdese Weavers without prejudice; and giving the Plaintiff 30 days to file an amended complaint. [Doc. 3]. The Plaintiff

was specifically warned that failing to amend her complaint within the time required would result in this action be dismissed without prejudice. [Id.].

More than 30 days have now passed, and the Plaintiff has not filed an amended complaint in this civil action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED.**

Signed: January 3, 2023

Martin Reidinger
Chief United States District Judge